**Order filed September 26, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00740-CV
_____

**ASHLEY MARTINS AND ALL OTHER OCCUPANTS, Appellants**

**V.**

**FEDERAL NATIONAL MORTGAGE ASSOCIATION AKA FANNIE MAE,**
**Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1034183**

---

## O R D E R

The notice of appeal in this case was filed August 19, 2013. To date, the filing fee of $175.00 has not been paid. No evidence that appellant has established indigence has been filed. _See_ Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the Clerk of this court on or before **October 11, 2013.** _See_ Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM